UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | Criminal Docket No. 1:23-cr-00248 (JPO) |
| DEDE LLESHI, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by Jerry J. Fang, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of DEDE LLESHI (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the former Yugoslavia and citizen of Kosovo.

3. The defendant entered the United States on September 9, 2006 with a Slovenian passport, and under a false name and date of birth.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offenses: Unlawful Procurement of Naturalization in violation of 18 U.S.C. §§ 1425(a) and 2; False Statements Relating to Naturalization in violation of 18 U.S.C. §§ 1015(a) and 2; and Fraud and Misuse of Visas, Permits, and Other

Documents in violation of 18 U.S.C. §§ 1546(a) and 2.

5. A total maximum sentence of 30 years' imprisonment may be imposed for the above-mentioned offenses.

6. The defendant is subject to removal from the United States pursuant to (1) Section 237(a)(3)(B)(iii) of the Act, 8 U.S.C. § 1227(a)(3)(B)(iii), as a noncitizen who has at any time been convicted of a violation of or an attempt or a conspiracy to violate Section 1546 of Title 18 of the United States Code relating to fraud and misuse of visas, permits, and other entry documents; and (2) Section 237(a)(1)(A) of the Act, 8 U.S.C. § 1227(a)(1)(A), as a noncitizen who at the time of entry or adjustment of status was within one or more of the classes of [noncitizens] inadmissible by the law existing at such time: to wit, he misrepresented his identity and is therefore subject to inadmissibility under § 212(a)(6)(C).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Kosovo as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Kosovo.

Dated: December 7, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge